IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GRAND RIVER ENTERPRISES SIX NATIONS LTD,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity, Attorney General of the State of Montana,<br><br>Defendant. | CV 23-48-H-BMM-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 10th day of July, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge