IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GRAND RIVER ENTERPRISES SIX NATIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN KNUDSEN, in his official capacity, Attorney General of the State of Montana, <br><br> Defendant. | CV-23-48-H-BMM <br><br><br> **ORDER** |

Plaintiff has moved for an order allowing Kelli J. Keegan, Esq., to appear *pro hac vice* in this case with Robert C. Lukes, Esq., designated as local counsel. (Doc. 12.) The application of Ms. Keegan appears to be in compliance with L.R. 83.1(d). **IT IS ORDERED**:

Plaintiff's motion to allow Ms. Keegan to appear on its behalf (Doc. 12) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Keegan must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Keegan, not the law firm she works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. Keegan must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 11th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court